**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JULLIAN MALDONADO,** | : | **CIVIL ACTION NO. 1:26-CV-1748** |
| | : | |
| **Petitioner** | : | **(Judge Neary)** |
| | : | |
| **v.** | : | |
| | : | |
| **TIM BETTI,** | : | |
| | : | |
| **Respondent** | : | |

**ORDER**

AND NOW, this 3rd day of August, 2026, upon consideration of the petition for writ of habeas corpus (Doc. 1), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1. The motion for leave to proceed *in forma pauperis* (Doc. 4) is DENIED AS MOOT because the filing fee has been paid.

2. The Clerk of Court is directed to terminate the Pennsylvania Attorney General's Office as a respondent in this case.

3. The petition for writ of habeas corpus (Doc. 1) is DISMISSED WITHOUT PREJUDICE for failure to exhaust state court remedies.

4. A certificate of appealability shall not issue.

5. The Clerk of Court is directed to CLOSE this case.

/S/ KELI M. NEARY
Keli M. Neary
United States District Judge
Middle District of Pennsylvania